UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PETER L. BELANGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-13-B-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ACCEPTING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision filed December 6, 2006 the Recommended Decision is accepted.

Accordingly, it is <u>ORDERED</u> that the decision of the commissioner is <u>AFFIRMED</u>.

/s/John A. Woodcock, Jr.
United States District Judge

Dated this 28th day of December, 2006.